**AEE**

**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**JANUARY 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 223**

In the Matter of                                      Case Number:

Patricia Yusuff v. Bennett DeLoney & Noyes, P.C.

**JUDGE NORGLE**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Patricia Yusuff

| NAME (Type or print) |
|---|
| Jeffrey S. Hyslip |

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ Jeffrey S. Hyslip

FIRM
Legal Helpers, P.C.

STREET ADDRESS
20 West Kinzie Suite 1300

CITY/STATE/ZIP
Chicago, IL 60610

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 866-339-1156 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES [✓]   NO [ ]

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES [ ]   NO [✓]

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES [ ]   NO [✓]

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES [✓]   NO [ ]

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]      APPOINTED COUNSEL [ ]