# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Patricia Yusuff<br><br>    Plaintiff,<br><br>v.<br><br>Bennett DeLoney & Noyes P.C.<br><br>    Defendant. | CASE NO.: 1:08-cv-00223<br><br>JUDGE: Charles R. Norgle, Sr,<br><br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

    Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

    RESPECTFULLY SUBMITTED,

    Legal Helpers, P.C.

    By:    /s/ Jeffrey S. Hyslip__
        Jeffrey S. Hyslip
        Attorney for Plaintiff
        The Sears Tower
        Suite 5150
        Chicago, IL 60606
        Telephone: 1.866.339.1156
        Jsh@legalhelpers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2008 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.

Bennett DeLoney & Noyes P.C.
1265 East Fort Union Blvd., Suite 150
Cottonwood Heights, UT 84047

/s/ Jeffrey Hyslip